IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-cr-00069 |
| | ) | Judge Trauger |
| MCCARTHY OSAMWONYI ONAGHINOR | ) | |
| | ) | |

**O R D E R**

A hearing was held on June 22, 2016 on the Superseding Petition to Revoke Supervision (Docket No. 95). The government dismissed Violations 1, 5, and 6. The defendant pled guilty to Violations 2, 3, and 4, and the court finds those violations ESTABLISHED. It is hereby ORDERED that the defendant shall remain on supervision with the addition of the following special condition:

> The defendant shall avoid all contact (directly or indirectly) with Edna Lytle and shall not enter the grounds of the apartment complex or the grounds of any residence where she resides.

The additional three conditions imposed by Magistrate Judge Bryant on June 6, 2016 (residing with his sister, curfew, GPS monitoring) are hereby ORDERED removed.

It is so **ORDERED**.

ENTER this 22nd day of June 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1